# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. __20cr1380-DMS__ |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | 18 U.S.C. § 545<br>Smuggling Goods Into the United States (Felony)<br>18 U.S.C. § 2<br>Aiding and Abetting |
| CESAR ALBERTO GARCIA, | |
| Defendant. | |

The United States Attorney charges:

## COUNT 1

On or about January 22, 2020, within the Southern District of California, defendant CESAR ALBERTO GARCIA did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, twelve 950L bottles of Tramofos 600, three 950L bottles of Malithion 1000, and three 1kg bags of Granelit 200 (a granular form of Malithion), in violation of Title 18, United States Code, Sections 545 and 2.

ROBERT S. BREWER, JR.
United States Attorney

*Melanie K. Pierson*

DATED: June 1, 2020

MELANIE K. PIERSON
Assistant U.S. Attorney